**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 45 EAL 2020

          Respondent              :

                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

         v.                         :

                                           :

TROY WILSON,                     :

                                           :

          Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.